**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| VICTOR MANUEL PLATERO PEREZ | CIVIL ACTION NO. 26-1147 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| SHAD RICE, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## ORDER

Victor Manuel Platero Perez ("Perez") simultaneously filed a complaint for injunctive relief and an application for a temporary restraining order. Record Documents 1, 3. In his complaint for injunctive relief, Perez alleged that he had filed a petition for an adjustment of status and for a bona fide determination, but the United States Citizenship and Immigration Service had unreasonably delayed adjudication of his petition. Record Document 1, at 5. Perez's accompanying application for a temporary restraining order asks the Court to prohibit his removal from the United States while his complaint remains pending. Record Document 3, at 9. For the following reasons, the application for a temporary restraining order, Record Document 3, is **DENIED**.

To obtain a temporary restraining order, the movant must show that he is "likely to succeed on the merits" of his case. *United States v. Abbot*, 110 F.4th 700, 706-07 (5th Cir. 2024). Perez is not likely to succeed on the merits because the United States Court of Appeals for the Fifth Circuit has held that federal courts do not have jurisdiction to consider pace of adjudication claims regarding adjustment of status

1

petitions. *Cheejati v. Blinken*, 106 F.4th 388, 394 (5th Cir. 2024) ("[T]he discrete acts undertaken to render an adjustment decision and the timing of those acts are determined by the Attorney General in his discretion, and that discretionary action cannot be reviewed by federal courts."). Therefore, Perez is not entitled to a temporary restraining order.

**DONE AND SIGNED** at Shreveport, Louisiana, this 13th day of April, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE

2